ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

JOSE ALBERTO BETANCES,
  a/k/a "Rudy," and
ADELSO COLLADO,
  a/k/a "El Viejo,"

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - X

**SEALED SUPERSEDING INDICTMENT**

S2 15 Cr. 637

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/15

**COUNT ONE**

The Grand Jury charges:

1.  From at least in or about December 2014, up to and including the date of this Indictment, in the Dominican Republic and elsewhere, and in an offense begun and committed outside of the jurisdiction of any particular State or district of the United States, JOSE ALBERTO BETANCES, a/k/a "Rudy," and ADELSO COLLADO, a/k/a "El Viejo," the defendants, at least one of whom will be first brought to and arrested in the Southern District of New York and whose point of entry into the United States will be in the Southern District of New York, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOSE ALBERTO BETANCES, a/k/a "Rudy," and ADELSO COLLADO, a/k/a "El Viejo," the defendants, and others known and unknown, would and did import into the United States and into the customs territory of the United States from a place outside thereof a controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

3. It was further a part and an object of the conspiracy that JOSE ALBERTO BETANCES, a/k/a "Rudy," and ADELSO COLLADO, a/k/a "El Viejo," the defendants, and others known and unknown, would and did manufacture and distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

4. The controlled substance that JOSE ALBERTO BETANCES, a/k/a "Rudy," and ADELSO COLLADO, a/k/a "El Viejo," the defendants, conspired to (i) import into the United States and into the customs territory of the United States from a place outside thereof and (ii) manufacture and distribute, intending and knowing that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside

2

thereof, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

### Overt Act

5. In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt act was performed, among others:

    a. In or about June 2015, JOSE ALBERTO BETANCES, a/k/a "Rudy," and ADELSO COLLADO, a/k/a "El Viejo," the defendants, participated in meetings in the Dominican Republic, regarding the transportation of cocaine to the United States.

(Title 21, United States Code, Sections 959(c) & 963;
Title 18, United States Code, Section 3238.)

### FORFEITURE ALLEGATION

6. As a result of committing the controlled substance offense charged in Count One of this Indictment, JOSE ALBERTO BETANCES, a/k/a "Rudy," and ADELSO COLLADO, a/k/a "El Viejo," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in

any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

## Substitute Assets Provision

7.  If any of the above-described forfeitable property, as a result of any act or omission of JOSE ALBERTO BETANCES, a/k/a "Rudy," and ADELSO COLLADO, a/k/a "El Viejo," the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 & 970.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE ALBERTO BETANCES,
a/k/a "Rudy,"
and
ADELSO COLLADO,
a/k/a "El Viejo,"

Defendants.

SEALED
SUPERSEDING
INDICTMENT

S2 15 Cr.

(21 U.S.C. §§ 959(c) & 963; and
18 U.S.C. § 3238.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_Yolanda Deanu_ Foreperson.

9/17/15 Filed Superseding Indictment
Judge Netburn